IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MATTHEW WHITFIELD, </br></br> Plaintiff, </br></br> v. </br></br> NEW SENIOR INVESTMENT GROUP INC., FRANCES ALDRICH SEVILLASACASA, SUSAN GIVENS, NORMAN K. JENKINS, MICHAEL D. MALONE, DAVID MILNER, ROBERT E. SAVAGE, and CASSIA VAN DER HOOF HOLSTEIN, </br></br> Defendants. | Case No. 2:21-cv-03832 |

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses this action ("Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 26, 2021

GRABAR LAW OFFICE

By: _/s/ Joshua H. Grabar_
Joshua H. Grabar (#82525)
One Liberty Place
1650 Market Street, Suite 3600
Philadelphia, PA 19103
(267) 507-6085
jgrabar@grabarlaw.com

*Counsel for Plaintiff*